Form to be used by a prisoner filing a civil rights complaint under
THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

UNITED STATES DISTRICT COURT
~~WESTERN~~ EAST DISTRICT OF LOUISIANA

Wilson M. Andrew, JR.
Full Name of Plaintiff, Prisoner Number

Civil Action 15-2106

VS.

ST. Tammany Parish Prison
Defendant

Judge SECT. D MAG. 4

Magistrate Judge

COMPLAINT

I. Previous Lawsuits

   A. Have you begun any other lawsuit while incarcerated or detained in any facility?
      Yes ☐   No ☑

   B. If your answer to the preceding question is yes, provide the following information.

      1. State the court(s) where each lawsuit was filed (if federal, identify the District; if state court, identify the county or parish):

         _____

         _____

      2. Name the parties to the previous lawsuit(s):

         Plaintiffs: _____

         Defendants: _____

      3. Docket number(s): _____

      4. Date(s) on which each lawsuit was filed: _____

      5. Disposition and date thereof [For example, was the case dismissed and when? Was it appealed and by whom (plaintiff or defendant)? Is the case still pending?]:

         _____

2

C. Have you filed any lawsuit or appeal in any federal district court or appeals court which has been dismissed?
Yes [ ]   No [✓]

If your answer to the preceding question is yes, state the court(s) which dismissed the case, the civil action number(s), and the reason for dismissal (e.g., frivolity, malice, failure to state a claim, defendants immune from relief sought, etc.).

_____

_____

II. A. Name of institution and address of current place of confinement:
FCI Pollock, P.O. Box 4050 Pollock, LA 71467

B. Is there a prison grievance procedure in this institution?
Yes [✓]   No [ ]

1. Did you file an administrative grievance based upon the same facts which form the basis of this lawsuit?
Yes [ ]   No [ ]
If Yes, what is the Administrative Remedy Procedure number? _____

2. If you did not file an administrative grievance, explain why you have not done so.

_____

_____

3. If you filed an administrative grievance, answer the following question.
What specific steps of the prison procedure did you take and what was the result? (For example, for state prisoners in the custody of the Department of Public Safety and Corrections: did you appeal any adverse decision through to Step 3 of the administrative grievance procedure by appealing to the Secretary of the Louisiana Department of Public Safety and Corrections? For federal prisoners: did you appeal any adverse decision from the warden to the Regional Director for the Federal Bureau of Prisons, or did you make a claim under the Federal Tort Claims Act?)

_____

_____

Attach a copy of each prison response and/or decision rendered in the administrative proceeding.

III. Parties to Current Lawsuit:

3

A. Name of Plaintiff ST. Tammny Sheriff

Address _____

B. Defendant (C.T.U.) Critical Tactical Unit, is employed as

_____ at _____.

Defendant, #1 Officer Cassidy, is employed as Correctional Office at ST. Tammny Parish Prison

Defendant, #2 _____, is employed as Correctional Office at ST. Tammny Parish Prison

Additional defendants #3 #4, #5.

## IV. Statement of Claim

State the FACTS of your case. Specifically describe the involvement and actions of each named defendant. Include the names of all persons involved in the incident(s) or condition(s) giving rise to this lawsuit, and the dates upon which and the places where the incident(s) and/or condition(s) occurred. YOU ARE REQUIRED TO SET FORTH ONLY FACTUAL ALLEGATIONS. YOU ARE NOT REQUIRED TO SET FORTH LEGAL THEORIES OR ARGUMENTS.

The Head, of C.T.U. Knew About my Condition, One of the guard came in my cell And he told me to get on my Knees. I told him I couldn't (I have A fusion in my back, at L-5) he then took his hand shield, and then started beating. I told him my back hurts. After they handcuff

4

Limited on my movements. They picked me up Again, And brought me to medical, Ty Poynter (Correctional Officer) Stated there's nothing wrong with you (boy) I was bruised And beaten they just brought me back to Isolation. A couple of day latr. I wrote the Warden of the prison. Sgt Cassidy Came to my cell, And Stated that he was Sorry About what happen, And that he Should have told his guys. About my back problem. He Said I will never happen Again.

me they drug me to the shower
Area, I was in Alot of Pan Sgt Cass dy
Showed up. And he knew that I was

## V. Relief

State exactly what you want the court to provide to you or do for you. Make no legal arguments. Cite no cases or statutes.

_____

_____

_____

## VI. Plaintiff's Declaration

A. **I declare under penalty of perjury that all of the facts represented in this complaint and any attachments hereto is true and correct.**

B. I understand that if I am transferred or released, I must apprise the Court of my address, and my failure to do so may result in this complaint being dismissed.

C. I understand that I may not proceed without prepayment of costs if I have filed three lawsuits and/or appeals that were dismissed on grounds that the action and/or appeal was frivolous or malicious, or failed to state a claim upon which relief may be granted, unless I am in imminent danger of serious physical injury.

Signed this 29 day of May, 2015.

32596-034

Prisoner no. (Louisiana Department of Corrections or Federal Bureau of Prisons)

Signature of Plaintiff

5/97

Don M Andrew, JR-32596-034
Federal Correctional Institute
P.O. Box 4050
Pollock, LA 71467

(Attn: Clerk of Court)
United States District Court
500 Poydras St
New Orleans, LA
70130

