# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DON M. ANDREW, JR.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 15-2106** |
| **ST. TAMMANY PARISH PRISON** | **SECTION: "B" (4)** |

## ORDER

The Court, having considered the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of the plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Don M. Andrew, Jr.'s complaint pursuant to 42 U.S.C. § 1983 against the defendants, St. Tammany Parish Prison and the C.T.U., St. Tammany Parish Sheriff, Officer Cassidy, and Sergeant Christopher Cassidy, is **DISMISSED WITH PREJUDICE** as frivolous and otherwise for failure to state a claim for which relief can be granted pursuant to 28 U.S.C. § 1915(e), § 1915A and 42 U.S.C. § 1997e.

New Orleans, Louisiana, this 22nd day of March, 2016.

_____
UNITED STATES DISTRICT JUDGE